MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7205
    FAX: (415) 436-7234
    chinhayi.cadet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-00518 TEH |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| ALVARO FLORES, | Date: September 4, 2013<br>Time: 9:30 a.m.<br>Court: Honorable Elizabeth D. LaPorte |
| Defendant. | |

On September 4, 2013, the parties appeared before the Honorable Elizabeth D. LaPorte for a detention hearing. Attorney Edward Hu appeared as appointed counsel for Defendant Alvaro Flores. The defendant was released on conditions, and the matter was scheduled for a status appearance before the Honorable Thelton Henderson on October 7, 2013 at 2:30 p.m. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from September 4, 2013 to October 7, 2013. The parties agreed, and the Court found and held, as follows:

    1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to review the discovery, investigate this matter, and confer with

the defendant, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 4, 2013 to October 7, 2013 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively and for continuity of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of Defendant Alvaro Flores, the period from September 4, 2013 to October 7, 2013 is excluded from the Speedy Trial Act calculations for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 9, 2013

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

Approved As To Form:

/s/                                              Dated: September 4, 2013
EDWARD J. HU
Counsel for Alvaro Flores

/s/                                              Dated: September 4, 2013
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States