1  STEVEN G. KALAR
   Federal Public Defender
2  EDWARD J. HU
   Assistant Federal Public Defender
3  19th Floor - Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5  Facsimile: (415) 436-7706
   Email: edward_hu@fd.org
6
   Counsel for Defendant Alvaro Flores
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO. CR 13-00518 TEH
                                     )
12            Plaintiff,             )   **STIPULATION REQUESTING**
                                     )   **CONTINUANCE OF SENTENCING**
13       v.                          )   **HEARING; [PROPOSED] ORDER**
                                     )   IT IS SO ORDERED AS MODIFIED
14  ALVARO FLORES,                   )   Current Date:    April 21, 2014
                                     )   Proposed Date:   May 5, 2014
15            Defendant.             )   Time/Place:      2:30 p.m./Ctrm. 12
    _____)
16

17       Defendant, ALVARO FLORES, represented by Assistant Federal Public Defender

18  Edward Hu, respectfully requests that the Court continue the sentencing hearing currently set for

19  April 21, 2014, at 2:30 p.m., until **May 5, 2014, at 2:30 p.m.**, or any later date convenient for the

20  Court.  The reason for this request is that counsel requires additional time to conduct sentencing

21  investigation and research.

22       Assistant United States Attorney Chinhayi Cadet and United States Probation Officer

23  Patrick McFate have been contacted regarding this request, and they have no objection to the

24  two-week continuance or to the proposed new date.

25  //

26  //

Stip. Cont. Sentencing; [Prop.] Order
*U.S. v. Flores,* CR 13-00518 TEH            1

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 3 | Dated: March 31, 2014 |
| 4 | /s/<br>EDWARD J. HU<br>Assistant Federal Public Defender |
| 5 | IT IS SO STIPULATED. |
| 6 | Dated: March 31, 2014 |
| 7 | /s/<br>CHINHAYI CADET<br>Assistant United States Attorney |

[~~PROPOSED~~] ORDER

Upon the stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for April 21, 2014, at 2:30 p.m., shall be continued to **May ~~5~~ 19, 2014, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: 04/01/2014

IT IS SO ORDERED AS MODIFIED

/s/ Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stip. Cont. Sentencing; [Prop.] Order
*U.S. v. Flores,* CR 13-00518 TEH            2